LILLIAN LAPIDES, Respondent, v. MARY SPENCER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHILLIP LAPIDES, Respondent, v. MARY SPENCER, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ROBERT E. PATTERSON, Respondent, for an Alternative Mandamus Order Directed to THE COUNCIL OF THE SENECA NATION OF AMERICAN INDIANS, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. The application to dispense with security to perfect the appeal is denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE H. DRAKE, Appellant, v. CITY OF BUFFALO and Others, Respondents. — Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

CARL JOHNDAHL, Appellant, v. CITY OF BUFFALO and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES A. SEAMAN, Respondent, v. CONSOLIDATED FINANCE CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

KEITH JENKINS, Plaintiff, v. AUGUST DIAMOND, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WEALTHA JENKINS, Plaintiff, v. AUGUST DIAMOND, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CHARLES F. BALDWIN and Others, Respondents, v. HENRY W. SCHOONMAKER and Others, Appellants.— Stay of execution against the person granted for thirty days from date of service of judgment with notice of entry. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

BENJAMIN MORSIEY, Appellant, v. ROCHESTER INTERURBAN BUS COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

NICHOLAS PIZZALE, Appellant, v. ROCHESTER INTERURBAN BUS COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOSEPH PIZZALE, an Infant, by His Guardian ad Litem, Appellant, v. ROCHESTER INTERURBAN BUS COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

VIOLA MORSIEY, Appellant, v. ROCHESTER INTERURBAN BUS COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROSE PIZZALE, Appellant, v. ROCHESTER INTERURBAN BUS COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.